Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY; <br><br> Plaintiff, <br><br> vs. <br><br> DEPENDABLE STAFFING AGENCY, LTD., d/b/a DEPENDABLE STAFFING AND HOME HEALTH SERVICES, <br><br> Defendant. | Case No. 2:24-cv-01155 <br><br> ORDER GRANTING JOINT MOTION FOR STAY |

THIS MATTER, having come before the Court for consideration on the Joint Motion For Stay (Dkt. No. 17), the Court being fully advised in the premises thereof and having considered the papers and pleadings on file in this case, HEREBY ORDERS AS FOLLOWS:

1. Joint Motion For Stay is GRANTED. Dkt. No. 17.

2. This lawsuit is hereby STAYED;

3. The parties will provide the Court with a joint status report on or before May 15, 2025.

DATED this 15th day of November, 2024.

Kymberly K. Evanson
United States District Judge