# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>DEPENDABLE STAFFING AGENCY LTD,<br><br>           Defendant. | CASE NO. C24-1155-KKE<br><br>ORDER EXTENDING STAY |

This matter comes before the Court on the parties' joint status report requesting an extension of the stay ordered in November 2024 until July 8, 2025.  Dkt. No. 20.  The Court EXTENDS the stay of the case until July 8, 2025.  The parties shall file dismissal paperwork or a joint status report with the case status and preferred case schedule by July 8, 2025.

Dated this 15th day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING STAY - 1