UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>DEPENDABLE STAFFING AGENCY LTD,<br><br>Defendant(s). | CASE NO. C24-1155-KKE<br><br>SECOND ORDER EXTENDING STAY |

This matter comes before the Court on the parties' joint status report requesting an extension of the stay ordered in November 2024 until August 8, 2025. Dkt. No. 22. The Court EXTENDS the stay of the case until August 8, 2025. The parties shall file dismissal paperwork or a joint status report with the case status and preferred case schedule by August 8, 2025.

Dated this 9th day of July, 2025.

Kymberly K. Evanson
United States District Judge

SECOND ORDER EXTENDING STAY - 1