UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>DEPENDABLE STAFFING AGENCY LTD,<br><br>Defendant(s). | CASE NO. C24-1155-KKE<br><br>ORDER OF DISMISSAL |

The parties have stipulated to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 24. Accordingly, this matter is DISMISSED with prejudice and each party shall bear its own attorney's fees and costs.

The Clerk is directed to close this case.

Dated this 24th day of July, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1